# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY V. BOWMAN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1493-Orl-31KRS**

**STEVEN RIZIK S/A, MICHAEL STUPAR S/A and CHARLES GRAHAM A/GS,**

        **Defendants.**

_____

# ORDER

On October 4, 2007, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 6), recommending that Plaintiff's Application to Proceed without Prepayment of Fees (Doc. 2) and Motion to Appoint Counsel (Doc. 5) be DENIED. Plaintiff filed timely objections to the Report (Doc. 7). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Complaint is DISMISSED, without prejudice. Plaintiff may file an amended complaint within 11 days from the date of this Order which meets the pleading requirements as set forth in the Report and Recommendation;

3. The Plaintiff's Application to Proceed without Prepayment of Fees (Doc. No. 2) is DENIED, without prejudice;

    4       Plaintiff's Motion for Appointment of Counsel (Doc. 5) is DENIED..

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 15, 2007.

*[signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party